**323 So.2d 394**
**In re J. T. CARTER**

v.

**Gatha Ann CARTER.**

**Ex parte J. T. Carter.**

**SC 1497.**

Supreme Court of Alabama.

Dec. 4, 1975.

David U. Patton, Athens, for petitioner.

T. Schram Woodroof, Athens, for respondent.

MADDOX, Justice.

Petition of J. T. Carter for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Carter v. Carter,* 56 Ala.App. 507, 323 So.2d 392.

Writ denied.

HEFLIN, C. J., and MERRILL, JONES and SHORES, JJ., concur.